COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



SOFTWARE PIONEERING
SPECIALISTS, L.L.C.,


 Appellant,


v.


EL PASO TIMES, INC.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00094-CV



Appeal from the


County Court at Law No. 6


of El Paso County, Texas


(TC# 2004-4448)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss, requesting this Court to
dismiss this appeal with prejudice pursuant to Tex. R. App. P. 42.1(a)(1) as the parties have
reached a settlement agreement in the underlying cause.

 Having reviewed the cause, the Court has concluded that the motion should be granted. 
We therefore dismiss this appeal with prejudice. See Tex. R. App. P. 42.1(a)(1). Pursuant to
Tex. R. App. P. 42.1(d), costs of the appeal are taxed against Appellant.


 KENNETH R. CARR, Justice

July 5, 2007


Before Chew, C.J., McClure, and Carr, JJ.